BARRETT, ROBERT & WOODS v. ARMI

No. 603P82.

Case below: 59 N.C. App. 134.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 December 1982.

BROUGHTON v. BROUGHTON

No. 590P82.

Case below: 58 N.C. App. 778.

Petitions by defendant and plaintiff for discretionary review under G.S. 7A-31 denied 7 December 1982.

CASSIDY v. CHEEK

No. 576PA82.

Case below: 58 N.C. App. 742.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 7 December 1982.

CITY OF WINSTON-SALEM v. DAVIS

No. 613P82.

Case below: 59 N.C. App. 172.

Petition by defendants for discretionary review under G.S. 7A-31 denied 7 December 1982.

HALLAN v. HALLAN

No. 574P82.

Case below: 58 N.C. App. 820.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 December 1982.